UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
MATTHEW RIVERA, THOMAS BALSANELLO, ANGELO BONCORAGLIO, DAVID CARASQUILLO, CLEIDY M. CONNORS, JASON CREA, BRIAN CRUZ, JOSE DOMINGUEZ, PETER EGAN, MICHAEL FANIZZI, JAMES FORTE, MAURICE FOSTER, JOHN GREEN, CHRISTOPHER HUBER, MARIUSZ KRAWIEC, FRANCIS KURTZ, MICHAEL KWAK, TROY LECARREAUX, TRACY LOMBARDO, LILIANA MALKOVICH, PAUL MANSFIELD, RICHARD MATOS, CHRISTOPHER MCCORMICK, ABNER MERCADO, DENISE MOLINA, GERARDO NATALE, AJMAL NIAZ, KEITH OBERLE, ROSA PERALTA, EMMANUEL PEREZ, ARTHUR PICHARDO, BOBBY PIERRE-LOUIS, JASON RAMOS, JAMES RILEY, DANNY SANTACRUZ, PATRICK SHEEHAN, CHRISTOPHER SIMEONE, KEITH SMALL, GWENDOLYN SNAGG, QUENTIN SNAGG, JOSEPH VILLANI, TIMOTHY WILSON, each Individually, and for all other similarly situated,

**NOTICE OF MOTION TO DISMISS**

22 CV 616 (PKC)(PK)

                                                    Plaintiff(s),

-against-

THE CITY OF NEW YORK, ERIC L. ADAMS, MAYOR OF NEW YORK CITY IN HIS OFFICIAL CAPACITY, NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE, DAVE A. CHOKSHI, COMMISSIONER OF THE NYC DEPARTMENT OF HEALTH AND MENTAL HYGIENE IN HIS OFFICIAL CAPACITY,

                                                    Defendant(s).
------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law and Declaration of Kerri A. Devine, and upon the Amended Complaint (ECF Dkt. 13), defendants, the City of New York, Eric L. Adams in his official capacity as Mayor of New York City, the

New York City Department of Health and Mental Hygiene ("DOHMH"), Dave a. Chokshi,[1] in his official capacity as Commissioner of DOHMH, will move this Court before the Honorable Pamela K. Chen, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Amended Complaint and for such other and further relief as the Court may deem just and proper.

Dated:   New York, New York
         October 6, 2022

                HON. SYLVIA O. HINDS-RADIX
                Corporation Counsel
                  of the City of New York
                *Attorney for Defendants*
                100 Church Street
                New York, New York 10007
                Office: (212) 356-2214
                Cell: (646) 629-3118
                kdevine@law.nyc.gov

By:    *Kerri A. Devine* /s/
      Kerri A. Devine
      Assistant Corporation Counsel
      *Pronouns: she/her*

To:   **By Email and Mail**
      Vaughn, Weber & Prakope
      John A. Weber, Esq.
      Timothy B. Prakope, Esq.
      Attorneys for Plaintiffs
      393 Jericho Turnpike, Suite 208
      Mineola, New York 11501

---

[1] Dave A. Chokshi is no longer the Commissioner of the New York City Department of Health and Mental Hygiene ("DOHMH"). Ashwin Vasan, M.D., Ph.D., the DOHMH Commissioner since March 2022, should be substituted as defendant in the caption.