UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
MATTHEW RIVERA, THOMAS BALSANELLO, ANGELO BONCORAGLIO, DAVID CARASQUILLO, CLEIDY M. CONNORS, JASON CREA, BRIAN CRUZ, JOSE DOMINGUEZ, PETER EGAN, MICHAEL FANIZZI, JAMES FORTE, MAURICE FOSTER, JOHN GREEN, CHRISTOPHER HUBER, MARIUSZ KRAWIEC, FRANCIS KURTZ, MICHAEL KWAK, TROY LECARREAUX, TRACY LOMBARDO, LILIANA MALKOVICH, PAUL MANSFIELD, RICHARD MATOS, CHRISTOPHER MCCORMICK, ABNER MERCADO, DENISE MOLINA, GERARDO NATALE, AJMAL NIAZ, KEITH OBERLE, ROSA PERALTA, EMMANUEL PEREZ, ARTHUR PICHARDO, BOBBY PIERRE-LOUIS, JASON RAMOS, JAMES RILEY, DANNY SANTACRUZ, PATRICK SHEEHAN, CHRISTOPHER SIMEONE, KEITH SMALL, GWENDOLYN SNAGG, QUENTIN SNAGG, JOSEPH VILLANI, TIMOTHY WILSON, each Individually, and for all other similarly situated,

**DECLARATION OF KERRI A. DEVINE**

22 CV 616 (PKC(PK)

                                      Plaintiff(s),

-against-

THE CITY OF NEW YORK, ERIC L. ADAMS, MAYOR OF NEW YORK CITY IN HIS OFFICIAL CAPACITY, NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE, DAVE A. CHOKSHI, COMMISSIONER OF THE NYC DEPARTMENT OF HEALTH AND MENTAL HYGIENE IN HIS OFFICIAL CAPACITY,

                                      Defendant(s).
------------------------------------------------------------------------ x

        **KERRI A. DEVINE**, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

        1.     I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants in this action. As such, I am familiar with the facts stated below and submit this declaration to place on the record

relevant documents in support of Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint pursuant to Fed Rule of Civil Procedure 12(b)(6).

2. Attached as Exhibit "A" is a true and correct copy of New York City Emergency Executive Order No. 317 issued December 15, 2021; *also available at* https://www1.nyc.gov/office-of-the-mayor/news/317-001/emergency-executive-order-317, (last accessed on October 6, 2022).

3. Attached as Exhibit "B" is a true and correct copy of New York City Department of Health and Mental Hygiene Commissioner's Order entitled "Order of the Commissioner of Health and Mental Hygiene to Require Covid-19 Vaccination in the Workplace, issued December 13, 2021; *also available at* https://www1.nyc.gov/assets/doh/downloads/pdf/covid/covid-19-vaccination-workplace-requirement.pdf, (last visited October 6, 2022).

4. Attached as Exhibit "C" is a true and correct copy of New York City Emergency Executive Order No. 50 issued March 4, 2022, *also available at* https://www1.nyc.gov/office-of-the-mayor/news/050-003/emergency-executive-order-50#:~:text=Covered%20entities%20shall%20continue%20to,%2C%20dated%20December%2015%2C%202021, (last accessed on October 6, 2022).

5. Attached as Exhibit "D" is a true and correct copy of New York City Emergency Executive Order No. 62 issued March 24, 2022, *also available at* https://www1.nyc.gov/office-of-the-mayor/news/062-003/emergency-executive-order-62#:~:text=An%20individual%20who%20meets%20the,19%20vaccination%20in%20the%20workplace, last accessed on October 6, 2022).

Dated:     New York, New York
             October 6, 2022

                                                            _____/s/_____
                                                            Kerri A. Devine
                                                            Assistant Corporation Counsel