UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MATTHEW RIVERA, et al., each individually,
and for All Others Similarly Situated,

        Plaintiff,                             JUDGMENT
                                                          22-CV-0616(PKC)(PK)

        -against-

THE CITY OF NEW YORK, et al.,

        Defendants.
------------------------------------------------------------ X

        An Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on September 30, 2023, granting the Defendants' motion to dismiss the amended complaint for lack of subject-matter jurisdiction without prejudice; it is

        ORDERED and ADJUDGED that the Defendants' motion to dismiss the Amended Complaint for lack of subject-matter jurisdiction is granted without prejudice; Judgment is entered in favor of Defendants; and this case is closed.

Dated: Brooklyn, NY                                                            Brenna B. Mahoney
       October 2, 2023                                                  Clerk of Court

                                                                     By: */s/Erin Espinal*
                                                                          Deputy Clerk